IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

STEVEN LAKEEN TUCKER                                                                           PLAINTIFF

v.                                     Case No. 6:23-cv-6003

TROOPER JUSTIN PARKER, *et al.*                                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 20, 2023, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 28. Judge Ford recommends that Plaintiff's complaint be dismissed without prejudice for failure to comply with the Court's local rules and orders and failure to prosecute this case.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 28) *in toto*. Accordingly, the Court finds that Plaintiff's complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 13th day of July, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge